IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

USA Plaintiff,

vs.

Kody Deleon Defendant.

CASE NO. 8:19CR284

SUBMISSION OF THE
DETERMINATION OF DETENTION
OR RELEASE

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____    10.8.19
Defendant                      Date

_____    10.8.19
Attorney for Defendant         Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 8 day of October, 2019.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT