IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **8:19CR284** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| KODY DELEON, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Unopposed Motion to Extend Self-Surrender Date, ECF No. 72.

IT IS ORDERED:

1. The Defendant's Unopposed Motion to Extend Self-Surrender Date, ECF No. 72, is granted; and

2. The Defendant Kody Deleon will surrender to the institution designated by the Bureau of Prisons before 2:00 p.m. on March 11, 2021.

Dated this 4th day of January 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge