IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  8:19cr284 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| KODY N. DELEON, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on January 25, 2021 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from hearing held 3/6/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   January 29, 2021

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge